## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __6th_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Warren Atkins__     JOINT DEBTOR: __Nicole M. Atkins__     CASE NO.: __11-45061__

Last Four Digits of SS# __xxx-xx-9375__     Last Four Digits of SS# __xxx-xx-8256__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $__234.00__ for months __1__ to __16__;
- B. $__731.00__ for months __17__ to __60__;
- C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,400.00__ TOTAL PAID $__1,000.00__
Balance Due     $__2,400.00__ payable $__210.60__/month (Months __1__ to __6__); and payable $__189.40__/month
                                                                                  (Months __7__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date $_____
Address:_____    Arrears Payment     $_____/month (Months ____ to ____)
                             Regular Payment     $_____/month (Months ____ to ____)
Account No: _____

2. _____     Arrearage on Petition Date $_____
Address:_____    Arrears Payment     $_____/month (Months ____ to ____)
                             Regular Payment     $_____/month (Months ____ to ____)
Account No: _____

3. _____     Arrearage on Petition Date $_____
Address:_____    Arrears Payment     $_____/month (Months ____ to ____)
                             Regular Payment     $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| City Bank<br>PO Box 790114;<br>Saint Louis, MO<br>63179-0114<br>Account No.:<br>xxxxx-xxxxxx-3835 | Dillman Farms, Lt 105, Lake Worth, Florida, a/k/a 6756 Silver Ridge Lane, West Palm Beach, FL 33413-3441<br>$168,000.00 | 0 % | $0.00 | __1__ To __60__ | |
| | $ | % | $ | ____ To ____ | |
| | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                              Payable $_____/month (Months ____ to ____) Regular Payment $_____
2. _____     Total Due $_____
                              Payable $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $__21.20__/month (Months __7__ to __12__). Pay $__210.60__/month (Months __13__ to __16__);
Pay $657.90/month (Months __17__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

Debtors will pay First Mortgage on Homestead to Bank United, Acct. #: 2004 as well as American Honda Finance, Acct. No.: 0877, as to the Honda Odyssey outside of the Plan. The Debtors will amend their Plan once the Honda Odyssey loan is paid off, which will occur in May of 2013. Debtors seek to strip Citi Bank (Second Mortgage as to Homestead property), Account No.: 3834. Debtors will pay Ocwen Loan Service, Account No.: 4413, as to the property located at 19-19 ½ Clifton Street, Rochester, NY 14608 outside of the Plan. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the even Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. Debtors will surrender the 2005 Dodge Dakota, Carmax, Auto Finance, Account No.: 669. The Debtors will step their Plan once the Honda Odyssey loan is paid off, which will occur in May of 2013 (17th Payment.)

Debtors will surrender the following properties to the following Creditors; and the Creditors are free to go against the collateral.

77 Ketchun Street, Rochester, NY 14621, to American Home Mortgage Service, Account No.: 9934, and City of Rochester, New York City Treasurer, Account No.: OONV, and Monroe County Treasury, Account No.: 21-1-4; 66 Scrantom Street, Rochester, NY 14608, to American Home Mortgage Service, Account No.: 3741, City of Rochester, New York City Treasurer, Account No.: OOIR, and Monroe County Treasury, Account No.: 30-2-3; 10 Sullivan Street, Rochester, NY 14608, to Real Time Resolution, Account No.: 202, City of Rochester, New York City Treasurer, Account No.: OOKR and Monroe County Treasury, Account No.: 30-2-3; 42 Sullivan Street, Rochester, NY 14608, to Real Time Resolution, Account No.: 7325, City of Rochester, New York City Treasury, Account No.: OORK and Monroe County Treasury 1-4-48; 5 Boston Street, Rochester, NY 14621, to U.S. Bank National Association, Account No.: 2471, City of Rochester, New York City Treasury OOKM, and Monroe County Treasury, Acct. No.: 31-2-4; 367 Cottage Street, Rochester, NY 14608, to US Bank national Association, as Trustee for Credit Suisse First Boston, Account No.: 7656, City of Rochester, New York City Treasury, Account No.: OOLT, and Monroe County Treasury, Account No.: 27-2-2; 198 Atkinson Street, Rochester, NY 14621, to US Bank National Association, as trustee for Credit Suissee First Boston, Account No.: Unknown, City of Rochester, New York City Treasurer, Account No.: OOOW, and Monroe County Treasury, Account No.: 44-2-5 ; 133 Clifton Street, Rochester, NY 14608, to Wells Fargo Bank, N.A., As Trustee for Option One Woodbridge Loan Trust, Account No.: 8751, City of Rochester, New York City Treasury, Account No.: OOIY, and Monroe County Treasury, Account No.: 51-3-2; and 4 DeJonge Street, Rochester, NY 14621, to US Bank National Association, as Trustee for Credit Suisse First Boston, Account No.: 2085, City of Rochester, New York Treasurer, Account No.: OONH and Monroe County Treasury, Account No.: 31-2-3; 12 Arenett Blvd., Rochester, NY 14608 will be surrendered for accrued Ad Valorem Taxes due to Monroe County Treasurer, Account No.: 7-1-59, and to City of Rochester, New York, Account No.: 00TP; and 262 Avenue A, Rochester, NY 14608, Account No.: 9274 to The Bank of New York Mellon Trust Company, City of Rochester, New York City Treasurer, Account No.: OOJC, and Monroe County Treasury, Account No.: 2-1-21; and as to 12 Arnett Blvd., to American Tax Funding, Account No.: 2010.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor, Warren Atkins
Date: 6-18-12

Joint Debtor, Nicole M. Atkins
Date: 6-18-12

LF-31 (rev. 01/08/10)